ROBERT FRAZER
United States Attorney
SUSAN J. PAPPY
Assistant United States Attorney
970 Broad Street, Suite 700
Newark, NJ 07102
Tel.: 201-407-2971
e-mail: susan.pappy@usdoj.gov

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| UNITED STATES OF AMERICA<br>*ex rel.* 19 CATCH, LLC,<br><br>*Plaintiffs*,<br><br>v.<br><br>IVI-RMA GLOBAL, S.L. et al<br><br>*Defendants*. | Hon. Zahid N. Quraishi<br><br>Civil Action No. 3:26-cv-11480 (ZNQ) (TJB)<br><br>**UNITED STATES' NOTICE OF ELECTION TO DECLINE INTERVENTION; UNSEALING MATTER, UNSEALING CERTAIN DOCUMENTS** |

**<u>FILED IN CAMERA AND UNDER SEAL</u>**

Pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(4)(B), the United States notifies the Court of its election to decline to intervene in the above-captioned action.

Although the United States declines to intervene, the United States respectfully refers the Court to 31 U.S.C. § 3730(b)(1), which allows the relator to maintain the action in the name of the United States; providing however, that the "action may be dismissed only if the court and the Attorney General give written consent to the dismissal and their reasons for consenting." *Id.* Therefore, the United States requests that, should either the relator or the defendants propose that this action be dismissed, settled, or otherwise discontinued, this Court solicit the written consent of the United States before ruling or granting its approval.

Furthermore, pursuant to 31 U.S.C. § 3730(c)(3), the United States requests that all

pleadings filed in this action be served upon the United States; the United States also requests that orders issued by the Court be sent to the Government's counsel. The United States reserves its right to order any deposition transcripts, to intervene in this action, for good cause, at a later date, and to seek the dismissal of the relator's action or claim. The United States also requests that it be served with all notices of appeal.

Given the declination by the United States, the United States respectfully requests that the Court issue an Order unsealing this matter, unsealing certain documents, and providing for all other documents to remain sealed. Specifically, the United States requests that: (i) Relator's Complaint, this Notice, and the attached proposed Order be unsealed; and (ii) all other papers on file in this action remain under seal, because in discussing the content and extent of the United States' investigation, these papers are provided by law to the Court alone for the sole purpose of evaluating whether the seal and the time for making an election to intervene should be extended.

The United States is filing with this Notice a proposed Order.

Dated: October 21, 2026
Newark, New Jersey

Respectfully submitted,

ROBERT FRAZER
United States Attorney

By: _*Susan J. Pappy*_____________
Susan J. Pappy
Assistant U.S. Attorney
*Attorneys for United States of America*